UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TYRONE HURT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-99 NAB |
| ) | |
| BAILEY REALTOR INC. LLC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed *in forma pauperis* on appeal. ECF No. 10. The Court dismissed this action on January 28, 2020, for lack of proper venue, and denied plaintiff's motion to proceed in the district court *in forma pauperis*. *See* ECF Nos. 5, 6. Plaintiff, a resident of Washington D.C., filed this civil action against defendant "Bailey Realtor Inc. LLC," stating that defendant is incorporated and has its principal place of business in Washington D.C. ECF No. 1 at 2-4. Plaintiff alleged no basis for venue being proper in this Court and the Court found that none of the venue requirements of 28 U.S.C. § 1391(b) had been met. *See* ECF No. 5. The Court also noted that *pro se* plaintiff has a history of filing cases in districts where venue does not lie, and that plaintiff has been barred from proceeding *in forma pauperis* in the United States Court of Appeals for the District of Columbia Circuit and in the District Court for the District of Columbia. *See id.*; *Hurt v. Soc. Sec. Admin.*, 544 F.3d 308, 311 (D.C. Cir. 2008) (per curium); *Hurt v. The Declaration of Indep.*, No. 07-0647 (D.D.C. Jan 9, 2009).

The Court finds that the appeal of its January 28, 2020, dismissal of this matter is not taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A). Also, it is not apparent from plaintiff's notice of appeal that he seeks appellate review of any issue that is not frivolous. *See*

*Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion to proceed *in forma pauperis* on appeal.

Accordingly,

**IT IS HEREBY CERTIFIED** that an appeal of the Court's January 28, 2020, dismissal of this action is not taken in good faith.

**IT IS FURTHER ORDERED** that plaintiff's motion to proceed *in forma pauperis* on appeal [ECF No. 10] is **DENIED**.

Dated this 24th day of February, 2020.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE